IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERTA ALLEN, et al.                                                                                       PLAINTIFFS

v.                                              Case No. 1:14-cv-01065

DIVERSICARE LEASING CORP.,
et al.                                                                                                          DEFENDANTS

**ORDER**

Before the Court is a Stipulation of Dismissal. (ECF No. 32). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2015.

                                                                                          /s/ Susan O. Hickey
                                                                                          Susan O. Hickey
                                                                                         United States District Judge